**Motion Denied and Order filed August 23, 2012.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-12-00078-CV

———————

### LINDA BRUEGGEBORS, Appellant

### V.

### KINGWOOD SENIOR VILLAGE, Appellee

**On Appeal from the County Court at Law #4**
**Montgomery County, Texas**
**Trial Court Cause No. 11-25,852**

## ORDER

Appellant's brief was originally due May 14, 2012. We have granted three extensions of time to file appellant's brief until August 13, 2012. No brief was filed. On August 14, 2012, appellant filed a further request for extension of time to file her brief. We deny the request and issue the following order.

We order appellant to file a brief with the clerk of this court within thirty (30) days of the date of this order. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM